UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C.B.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:19-cv-00077-PSG-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' filings, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The parties have not objected to the R&R.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered **REVERSING** the final decision of the Commissioner of the Social Security Administration and **REMANDING** the case for further administrative proceedings.

DATED: April 15, 2020    _____

HONORABLE PHILIP S. GUTIERREZ
United States District Judge