JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C.B., | Case No. 2:19-cv-00077-PSG-SHK |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order Accepting the Findings and Recommendation of the United States Magistrate Judge.

DATED: April 15, 2020      _____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge